UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrew Mikkelson, | Case No. 20-CV-1160 (SRN/LIB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Wisconsin Central Ltd., | |
| Defendant. | |

Cortney S. LeNeave and Thomas W. Fuller, Hunegs, LeNeave & Kvas, PA, 1000 Twelve Oaks Center Drive, Suite 101, Wayzata, MN 55391, for Plaintiff Andrew Mikkelson.

Julius W. Gernes and Leslie A. Gelhar, Donna Law Firm, PC, 7601 France Ave South, Suite 350, Edina, MN 55435, for Defendant Wisconsin Central Ltd.

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: August 23, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge